# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

MC-15-08000-PCT-JJT

**Plaintiff(s):** , United States of America

County of Residence: Yavapai

County Where Claim For Relief Arose: Yavapai

**Defendant(s):** , Assurant Inc.

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

Defendant's Atty(s):

**II. Basis of Jurisdiction:**  1. U.S. Government Plaintiff

**III. Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff:- **N/A**
Defendant:- **N/A**

**IV. Origin :**  (7) Appeal to District Judge from Magistrate Judgment

**V. Nature of Suit:**  375 False Claims Act pursuant to 31 U.S.C. 3729. Filed Under Seal

**VI. Cause of Action:**  28 U.S.C. § 1651, Writs. Miscellaneous filing pursuant to 28 U.S.C. 1781(a)(2); 28 U.S.C. 1696; Rule 28(b), Fed. R. Civ. P.; Rule 4(f)(2)(B), Fed. R. Civ. P.; Rule 15d, Fed. R. Crim. P.22 C.F.R. 92.66(b)&(c); Article 5(j), Vienna Convention on Consular Relations

**VII. Requested in Complaint**
Class Action: **No**
Dollar Demand: **Injury in Fact-Misc. Under Seal**
Jury Demand: **No**

**VIII. This case IS RELATED** to Case Number **CV20145169** assigned to Judge **William N. Lundy.** Certified copy of Letter Rogatory is attached as Exhibit A.

**Signature:  By: Morgan- Joseph**

Date: **01/12/2015**
Revised: 01/2014